IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Annette Carroll, | C/A No. 3:09-1761-JFA-JRM |
| Plaintiff, | |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | **ORDER** |
| Defendant. | |

The plaintiff, Annette Carroll, brings this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Disability Insurance Benefits.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein he suggests that the Commissioner's decision to deny benefits is supported by substantial evidence and that the decision should be affirmed.

The parties were advised of their right to submit objections to the Report and Recommendation which was filed on May 3, 2010. No objections have been filed and the time for doing so has expired.

After a careful review of the record and the Magistrate Judge's Report, this court finds that the ALJ's decision was supported by substantial evidence and that the ALJ did not incorrectly apply the law in his decision. Accordingly, the Commissioner's decision is

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

hereby affirmed.

   IT IS SO ORDERED.

June 17, 2010                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge